No. 94–2065.  GOETZ ET AL. *v.* CROSSON ET AL.  C. A. 2d Cir. Certiorari denied.

No. 94–2066.  EL-HAWATKY ET AL. *v.* KAISER FOUNDATION HOSPITALS ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 94–2067.  TNS, INC. *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO.  C. A. D. C. Cir.  Certiorari denied.

No. 94–2070.  LANGDALE *v.* HUNTERDON COUNTY ET AL. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 94–2072.  NEELY ET AL., ADMINISTRATORS OF THE ESTATE OF NEELY, DECEASED *v.* DADE COUNTY, GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–2073.  EGLIN *v.* UNITED GAS PIPE LINE CO. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 94–2074.  KONIAG, INC. *v.* STRATMAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–2075.  L. G. *v.* EL PASO COUNTY DEPARTMENT OF SOCIAL SERVICES.  Sup. Ct. Colo.  Certiorari denied.

No. 94–2076.  HARRISON ET AL. *v.* HOWARD UNIVERSITY. C. A. D. C. Cir.  Certiorari denied.

No. 94–2078.  MONTOYA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–2079.  SHIFFLETT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–2080.  CUMMINGS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–2082.  EL SHAHAWY ET AL. *v.* HARRISON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–2083.  STERN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.